# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
WINDY CITY GRANITE CO.              §        Case No. 10-06689
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Robert B. Katz_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-06689 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Robert B. Katz |
| Case Name: | WINDY CITY GRANITE CO. | | | | Date Filed (f) or Converted (c): | 02/19/10 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 11/15/10 | | | | Claims Bar Date: | 07/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Chicago Bank | 1,000.00 | 85.10 | | 85.10 | FA |
| 2. 2001 Dodge Pickup | 7,000.00 | 1,000.00 | | 1,000.00 | FA |
| 3. 2003 Ford Pickup | 10,000.00 | 1,500.00 | | 1,500.00 | FA |
| 4. Computers, Printers, Copiers | 2,000.00 | 340.00 | | 340.00 | FA |
| 5. Cruc machine | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. Pro-Edge | 70.00 | 4,500.00 | | 4,500.00 | FA |
| 7. Bridge saw | 25,000.00 | 10,250.00 | | 10,250.00 | FA |
| 8. Straight polisher | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. Bridge saw | 5,000.00 | 2,500.00 | | 2,500.00 | FA |
| 10. Forklift | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.08 | Unknown |
| 12. Z. Bavelloni Milling Machine (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 13. Marmo LCV 711M Edger (u) | 0.00 | 10,250.00 | | 10,250.00 | FA |
| 14. MACHINERY & EQUIPMENT (u) | 0.00 | 10,150.00 | | 10,150.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $68,170.00    $50,575.10    $50,580.18    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-06689 -PSH | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | WINDY CITY GRANITE CO. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2046  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1084 | | |
| For Period Ending: | 11/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/21/10 | 1 | First Chicago Bank & Trust<br>1145 N. Arlington Heights Rd.<br>Itasca, IL 60143 | Re: Windy City Granite | 1129-000 | 85.10 | | 85.10 |
| 06/09/10 | * NOTE * | American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Net Auction Proceeds<br>* NOTE * Properties 2, 3, 4, 6, 7, 9, 12, 13, 14 | | 43,990.00 | | 44,075.10 |
| | | | Memo Amount: 50,490.00<br>Gross Auction Proceeds | 1129-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: ( 6,500.00 )<br>AMERICAN AUCTION ASSOCIATES | 6620-000 | | | |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.62 | | 44,075.72 |
| 07/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.12 | | 44,076.84 |
| 08/31/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.13 | | 44,077.97 |
| 09/30/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.09 | | 44,079.06 |
| 10/29/10 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.12 | | 44,080.18 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 50,490.00 | COLUMN TOTALS | 44,080.18 | 0.00 | 44,080.18 |
| Memo Allocation Disbursements: | 6,500.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 44,080.18 | 0.00 | |
| Memo Allocation Net: | 43,990.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 44,080.18 | 0.00 | |

| | | | NET | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 50,490.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 6,500.00 | Money Market Account (Interest Earn - *******2046 | 44,080.18 | 0.00 | 44,080.18 |
| Total Memo Allocation Net: | 43,990.00 | | 44,080.18 | 0.00 | 44,080.18 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | Page Subtotals | 44,080.18 | 0.00 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-06689 -PSH | | Trustee Name: | Robert B. Katz |
| Case Name: | WINDY CITY GRANITE CO. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2046  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1084 | | | |
| For Period Ending: | 11/15/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********2046)

Trustee's Signature:  /s/   Robert B. Katz   Date: 11/15/10
ROBERT B. KATZ

Page Subtotals       0.00       0.00

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-06689 | | Page 1 | | Date: November 15, 2010 |
| Debtor Name: | WINDY CITY GRANITE CO. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 002<br>6620-00 | American Auction Associates<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Administrative | | $6,500.00 | $13,000.00 | $-6,500.00 |
| 000010<br>002<br>6210-00 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $8,786.53 | $0.00 | $8,786.53 |
| 000011<br>001<br>3410-00 | LOIS WEST<br>POPOWCER KATTED LTD.<br>35 EAST WACKER DR.<br>SUITE 1550<br>CHICAGO, IL  60601-2107 | Administrative | | $2,064.00 | $0.00 | $2,064.00 |
| 000003<br>058<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $343.80 | $0.00 | $343.80 |
| 000004<br>058<br>5800-00 | Department of the Treasury- IRS<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $367.12 | $0.00 | $367.12 |
| 000012<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $109.92 | $0.00 | $109.92 |
| 000001<br>070<br>7100-00 | International Granite & Marble Corp<br>c/o American Financial Mgmt Inc.<br>3715 Ventura Drive<br>Arlington Hts., IL 60004 | Unsecured | | $9,575.46 | $0.00 | $9,575.46 |
| 000002<br>070<br>7100-00 | CIT Technology Financing Services, Inc<br>Bankruptcy Processing Soutions, Inc<br>800 E Sonterra Blvd., Suite 240<br>San Antonio, TX 78258 | Unsecured | | $3,902.61 | $0.00 | $3,902.61 |
| 000005<br>070<br>7100-00 | Gran Quartz LP<br>P O Box 2206<br>Tucker, GA 30085-2206 | Unsecured | | $3,226.89 | $0.00 | $3,226.89 |
| 000006<br>070<br>7100-00 | Bel Stone<br>1439 W. Hubbard<br>Chicago, IL 60622-6343 | Unsecured | | $5,430.86 | $0.00 | $5,430.86 |
| 000007<br>070<br>7100-00 | Wright Express<br>Financial Services<br>PO Box 639<br>Portland, ME 04103 | Unsecured | | $2,296.15 | $0.00 | $2,296.15 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-06689 | | Page 2 | | | Date: November 15, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | WINDY CITY GRANITE CO. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 000008 070 7100-00 | Century Granite & Marble, Inc. c/o Nancy A.Temple, Katten & Temple LLP 542 S. Dearborn St.,Ste 1030 Chicago, Illinois 60605 | Unsecured | | $101,649.68 | $0.00 | $101,649.68 |
| 000009 070 7100-00 | Lichter Realty 4320 N. Elston Chicago, IL 60641 | Unsecured | Per Agreed Order 4/29/10 Per Agreed Order 4/29/10 | $34,820.00 | $0.00 | $34,820.00 |
| | Case Totals: | | | $179,073.02 | $13,000.00 | $166,073.02 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-06689
Case Name: WINDY CITY GRANITE CO.
Trustee Name: Robert B. Katz

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　$

　Claims of secured creditors will be paid as follows:

NONE

　Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |
| Accountant for Trustee Fees: LOIS WEST | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$_____

　Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Ira P. Goldberg | $ | $ | $ |
| Other: Ira P. Goldberg | $ | $ | $ |

　　Total to be paid for prior chapter administrative expenses　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$_____

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000004 | Department of the Treasury- IRS Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ |
| 000012 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                         $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | International Granite & Marble Corp<br>c/o American Financial Mgmt Inc.<br>3715 Ventura Drive<br>Arlington Hts., IL 60004 | $ | $ | $ |
| 000002 | CIT Technology Financing Services, Inc<br>Bankruptcy Processing Soutions, Inc<br>800 E Sonterra Blvd., Suite 240<br>San Antonio, TX 78258 | $ | $ | $ |
| 000005 | Gran Quartz LP<br>P O Box 2206<br>Tucker, GA 30085-2206 | $ | $ | $ |
| 000006 | Bel Stone<br>1439 W. Hubbard<br>Chicago, IL 60622-6343 | $ | $ | $ |
| 000007 | Wright Express<br>Financial Services<br>PO Box 639<br>Portland, ME 04103 | $ | $ | $ |
| 000008 | Century Granite & Marble, Inc.<br>c/o Nancy A.Temple,<br>Katten & Temple LLP<br>542 S. Dearborn St.,Ste 1030<br>Chicago, Illinois 60605 | $ | $ | $ |
| 000009 | Lichter Realty<br>4320 N. Elston<br>Chicago, IL 60641 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE