UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                                            §
                                                                   §
WINDY CITY GRANITE CO.                        §          Case No. 10-06689
                                                                   §
                                                                   §
_____Debtor(s)_____§_____

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/16/2010 in Courtroom 644,
                            United States Courthouse
                            219 S. Dearborn
                            Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _11/16/2010_____                    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WINDY CITY GRANITE CO. § Case No. 10-06689
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 50,580.18 |
| and approved disbursements of | $ | 6,500.00 |
| leaving a balance on hand of[1] | $ | 44,080.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz | $ 5,779.01 | $ 0.00 | $ 5,779.01 |
| Accountant for Trustee Fees: LOIS WEST | $ 2,064.00 | $ 0.00 | $ 2,064.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,843.01 |
| Remaining Balance | | $ | 36,237.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: Ira P. Goldberg | $ 8,742.00 | $ 0.00 | $ 8,742.00 |
| Other: Ira P. Goldberg | $ 44.53 | $ 0.00 | $ 44.53 |
| Total to be paid for prior chapter administrative expenses | | $ | 8,786.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

   Remaining Balance    $    27,450.64

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 820.84 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Illinois Department of Employment Security | $ 343.80 | $ 0.00 | $ 343.80 |
| 000004 | Department of the Treasury- IRS | $ 367.12 | $ 0.00 | $ 367.12 |
| 000012 | Illinois Department of Revenue | $ 109.92 | $ 0.00 | $ 109.92 |

  Total to be paid to priority creditors    $    820.84

  Remaining Balance    $    26,629.80

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 160,901.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | International Granite & Marble Corp | $ 9,575.46 | $ 0.00 | $ 1,584.77 |
| 000002 | CIT Technology Financing Services, Inc | $ 3,902.61 | $ 0.00 | $ 645.90 |
| 000005 | Gran Quartz LP | $ 3,226.89 | $ 0.00 | $ 534.06 |
| 000006 | Bel Stone | $ 5,430.86 | $ 0.00 | $ 898.83 |
| 000007 | Wright Express | $ 2,296.15 | $ 0.00 | $ 380.02 |
| 000008 | Century Granite & Marble, Inc. | $ 101,649.68 | $ 0.00 | $ 16,823.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Lichter Realty | $ 34,820.00 | $ 0.00 | $ 5,762.83 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 26,629.80 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: msims                 Page 1 of 2                  Date Rcvd: Nov 29, 2010
Case: 10-06689                 Form ID: pdf006             Total Noticed: 37

The following entities were noticed by first class mail on Dec 01, 2010.
db           +Windy City Granite Co.,   4159 W. Montrose Ave,   Chicago, IL 60641-2160
aty          +Ira P Goldberg,   DiMonte & Lizak, LLC,   216 Higgins Road,   Park Ridge, IL 60068-5706
aty          +Steven Schmall,   Katz Law Offices,   4105 W. 26 Street,   Chicago, IL 60623-4313
tr           +Robert B Katz, ESQ,   Law Offices Of Robert B Katz,   53 West Jackson Blvd,   Suite 1320,
               Chicago, IL 60604-4174
15130450     +AT&T,   Bankruptcy Department,   PO Box 769,   Arlington, TX 76004-0769
15130447      Advanta Business Card,   Advanta Business Corp,   Welsch & McKean Roads,
               Spring House, PA 19477-0844
15130448      Alliance One Receivables Management,   PO Box 3111,   Southeastern, PA 19398-3111
15130449      Allied Waste Services,   PO Box 9001154,   Louisville, KY 40290-1154
15130451     +Bel Stone,   1439 W. Hubbard,   Chicago, IL 60642-6343
15268428     +CIT Technology Financing Services, Inc,   Bankruptcy Processing Soutions, Inc,
               800 E Sonterra Blvd., Suite 240,   San Antonio, TX 78258-3941
15130452      Capital One Bank (USA), N.A.,   P.O. Box 6492,   Carol Stream, IL 60197-6492
15130453     +Century Granite & Marble Inc.,   615 S. California Ave,   Chicago, IL 60612-3305
15868129     +Century Granite & Marble, Inc.,   c/o Nancy A.Temple,,   Katten & Temple LLP,
               542 S. Dearborn St.,Ste 1030,   Chicago, Illinois 60605-1508
15130454     +City of Chicago,   Department of Revenue,   121 N. LaSalle, Rm. 107,   Chicago, IL 60602-1232
15130457     +Computer Accounting Services,   6306 N. Cicero,   Chicago, IL 60646-4422
15130459      Ford Motor Credit Company,   Dept. 194101,   PO Box 55000,   Detroit, MI 48255-1941
15556766      Gran Quartz LP,   P O Box 2206,   Tucker, GA 30085-2206
15130460     +Haller Harlan & Taylor,   5085 W. Park Blvd Suite 150,   Plano, TX 75093-2009
15130461     +Humana Inc.,   500 West Main Street,   Louisville, KY 40202-4268
15130462     +IL Dept of Employment Security,   Benefit Payment Control Division,   PO Box 4385,
               Chicago, IL 60680-4385
15130458    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury- IRS,   Centralized Insolvency Operations,
               P.O. Box 21126,   Philadelphia, PA 19114)
15349968     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
16204577      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL  60664-0338
15169231     +International Granite & Marble Corp,   c/o American Financial Mgmt Inc.,   3715 Ventura Drive,
               Arlington Hts., IL 60004-7678
15130463     +International Granite and Marble,   2038 83rd St.,   PO Box 3,   North Bergen, NJ 07047-0003
15130464      Keystone Tools,   PO Box 515425,   Los Angeles, CA 90051-6725
15130465      Konica Minolta,   PO Box 550599,   Jacksonville, FL 32255-0599
15130466     +Lichter Realty,   4320 N. Elston,   Chicago, IL 60641-2176
15130467      Marble & Granite Supply of IL, Inc.,   1225 Hartrey,   Evanston, IL 60202-1056
15130468     +People's Energy,   130 East Randolph Street,   Attn: Bankruptcy Department,
               Chicago, IL 60601-6302
15130469      State Auto Insurance Companies,   PO Box 182738,   Columbus, OH 43218-2738
15130470     +Stone Design,   598 Mitchell,   Glendale Heights, IL 60139-2581
15130471     +Terrazzo & Marble Supply Company,   77 South Wheeling Road,   Wheeling, IL 60090-4805
15130472     +Universal Granite & Marble,   3555 S. Normal,   Chicago, IL 60609-1721
15130474     +Wright Express,   Financial Services,   PO Box 639,   Portland, ME 04104-0639
The following entities were noticed by electronic transmission on Nov 29, 2010.
15130456     +E-mail/Text: legalcollections@comed.com                                         ComEd,
               Costumer Care Center Building,   2100 Swift Drive,   Oak Brook, IL 60523-1559
15130473      E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 30 2010 00:59:08     Verizon Wireless,
               P.O. Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15130455    ##+City of Chicago,   Bureau of Parking Bankruptcy,   333 S. State Street Suite 540,
               Chicago, IL 60604-3951
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: msims              Page 2 of 2             Date Rcvd: Nov 29, 2010
Case: 10-06689                Form ID: pdf006          Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**          **Signature:**    /s/ Joseph Speetjens