UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WINDY CITY GRANITE CO. § Case No. 10-06689
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____ . The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Robert B. Katz_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Company Dept. 194101 PO Box 55000 Detroit, MI 48255-1941 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Konica Minolta PO Box 550599 Jacksonville, FL 32255-0599 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| LOIS WEST | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN AUCTION ASSOCIATES | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Department of the Treasury- IRS Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 |  |  |  |  |  |
|  | IL Dept of Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680 |  |  |  |  |  |
| 000004 | DEPARTMENT OF THE TREASURY- IRS |  |  |  |  |  |
| 000003 | ILLINOIS DEPARTMENT OF EMPLOYMENT S |  |  |  |  |  |
| 000012 | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Department PO Box 769 Arlington, TX 76004 | | | | | |
| | Advanta Business Card Advanta Business Corp Welsch & McKean Roads Spring House, PA 19477-0844 | | | | | |
| | Alliance One Receivables Management PO Box 3111 Southeastern, PA 19398-3111 | | | | | |
| | Allied Waste Services PO Box 9001154 Louisville, KY 40290-1154 | | | | | |
| | Bel Stone 1439 W. Hubbard Chicago, IL 60622-6343 | | | | | |
| | Capital One Bank (USA), N.A. P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Century Granite & Marble Inc. 615 S. California Ave Chicago, IL 60612 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Bureau of Parking Bankruptcy 333 S. State Street Suite 540 Chicago, IL 60604 | | | | | |
| | City of Chicago Department of Revenue 121 N. LaSalle, Rm. 107 Chicago, IL 60602 | | | | | |
| | ComEd Costumer Care Center Building 2100 Swift Drive Oak Brook, IL 60523 | | | | | |
| | Computer Accounting Services 6306 N. Cicero Chicago, IL 60646 | | | | | |
| | Haller Harlan & Taylor 5085 W. Park Blvd Suite 150 Plano, TX 75093 | | | | | |
| | Humana Inc. 500 West Main Street Louisville, KY 40202 | | | | | |
| | International Granite and Marble 2038 83rd St. PO Box 3 North Bergen, NJ 07047 | | | | | |
| | Keystone Tools PO Box 515425 Los Angeles, CA 90051-6725 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lichter Realty 4320 N. Elston Chicago, IL 60641-2144 | | | | | |
| | Marble & Granite Supply of IL, Inc. 1225 Hartrey Evanston, IL 60202-1056 | | | | | |
| | People's Energy 130 East Randolph Street Attn: Bankruptcy Department Chicago, IL 60601 | | | | | |
| | State Auto Insurance Companies PO Box 182738 Columbus, OH 43218-2738 | | | | | |
| | Stone Design 598 Mitchell Glendale Heights, IL 60139-2582 | | | | | |
| | Terrazzo & Marble Supply Company 77 South Wheeling Road Wheeling, IL 60090 | | | | | |
| | Universal Granite & Marble 3555 S. Normal Chicago, IL 60609 | | | | | |
| | Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wright Express PO Box 6293 Carol Stream, IL 60197-6293 | | | | | |
| 000006 | BEL STONE | | | | | |
| 000008 | CENTURY GRANITE & MARBLE, INC. | | | | | |
| 000002 | CIT TECHNOLOGY FINANCING SERVICES, | | | | | |
| 000005 | GRAN QUARTZ LP | | | | | |
| 000001 | INTERNATIONAL GRANITE & MARBLE CORP | | | | | |
| 000009 | LICHTER REALTY | | | | | |
| 000007 | WRIGHT EXPRESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-06689 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|---|
| Case Name: | WINDY CITY GRANITE CO. | | | | Date Filed (f) or Converted (c): | 02/19/10 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 11/15/10 | | | | Claims Bar Date: | 07/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Chicago Bank | 1,000.00 | 85.10 | | 85.10 | FA |
| 2. 2001 Dodge Pickup | 7,000.00 | 1,000.00 | | 1,000.00 | FA |
| 3. 2003 Ford Pickup | 10,000.00 | 1,500.00 | | 1,500.00 | FA |
| 4. Computers, Printers, Copiers | 2,000.00 | 340.00 | | 340.00 | FA |
| 5. Cruc machine | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. Pro-Edge | 70.00 | 4,500.00 | | 4,500.00 | FA |
| 7. Bridge saw | 25,000.00 | 10,250.00 | | 10,250.00 | FA |
| 8. Straight polisher | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. Bridge saw | 5,000.00 | 2,500.00 | | 2,500.00 | FA |
| 10. Forklift | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.08 | Unknown |
| 12. Z. Bavelloni Milling Machine (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 13. Marmo LCV 711M Edger (u) | 0.00 | 10,250.00 | | 10,250.00 | FA |
| 14. MACHINERY & EQUIPMENT (u) | 0.00 | 10,150.00 | | 10,150.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $68,170.00     $50,575.10     $50,580.18     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

Ver: 16.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-06689 -PSH | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- |
| Case Name: | WINDY CITY GRANITE CO. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2046 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1084 | | | |
| For Period Ending: | 12/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/21/10 | 1 | First Chicago Bank & Trust<br>1145 N. Arlington Heights Rd.<br>Itasca, IL 60143 | Re: Windy City Granite | 1129-000 | 85.10 | | 85.10 |
| 06/09/10 | * NOTE * | American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Net Auction Proceeds<br>* NOTE * Properties 2, 3, 4, 6, 7, 9, 12, 13, 14 | | 43,990.00 | | 44,075.10 |
| | | | Memo Amount:     50,490.00<br>Gross Auction Proceeds | 1129-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount:   (   6,500.00 )<br>AMERICAN AUCTION ASSOCIATES | 6620-000 | | | |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.62 | | 44,075.72 |
| 07/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.12 | | 44,076.84 |
| 08/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.13 | | 44,077.97 |
| 09/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.09 | | 44,079.06 |
| 10/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.12 | | 44,080.18 |
| 11/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.09 | | 44,081.27 |
| 12/20/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.69 | | 44,081.96 |
| 12/20/10 | | Transfer to Acct #*******2156 | Final Posting Transfer | 9999-000 | | 44,081.96 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 50,490.00 | | COLUMN TOTALS | | 44,081.96 | 44,081.96 | 0.00 |
| Memo Allocation Disbursements: | 6,500.00 | | Less: Bank Transfers/CD's | | 0.00 | 44,081.96 | |
| | | | Subtotal | | 44,081.96 | 0.00 | |
| Memo Allocation Net: | 43,990.00 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 44,081.96 | 0.00 | |

Page Subtotals     44,081.96     44,081.96

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-06689 -PSH | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- |
| Case Name: | WINDY CITY GRANITE CO. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1084 | | |
| For Period Ending: | 12/13/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/10 | | Transfer from Acct #*******2046 | Transfer In From MMA Account | 9999-000 | 44,081.96 | | 44,081.96 |
| * 12/20/10 | 000101 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-003 | | 5,779.10 | 38,302.86 |
| * 12/20/10 | 000101 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-003 | | -5,779.10 | 44,081.96 |
| 12/20/10 | 000102 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Claim 000010, Payment 100.00000% | | | 8,786.53 | 35,295.43 |
| | | | Fees     8,742.00 | 3210-000 | | | |
| | | | Expenses    44.53 | 3220-000 | | | |
| 12/20/10 | 000103 | LOIS WEST<br>POPOWCER KATTED LTD.<br>35 EAST WACKER DR.<br>SUITE 1550<br>CHICAGO, IL 60601-2107 | Claim 000011, Payment 100.00000% | 3410-000 | | 2,064.00 | 33,231.43 |
| 12/20/10 | 000104 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Claim 000003, Payment 100.00000% | 5800-000 | | 343.80 | 32,887.63 |
| 12/20/10 | 000105 | Department of the Treasury- IRS<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Claim 000004, Payment 100.00000% | 5800-000 | | 367.12 | 32,520.51 |
| 12/20/10 | 000106 | Illinois Department of Revenue | Claim 000012, Payment 100.00000% | 5800-000 | | 109.92 | 32,410.59 |

Page Subtotals    44,081.96    11,671.37

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2 Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-06689 -PSH | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | WINDY CITY GRANITE CO. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******2156 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1084 |  |  |
| For Period Ending: | 12/13/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/10 | 000107 | Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br>International Granite & Marble Corp<br>c/o American Financial Mgmt Inc.<br>3715 Ventura Drive<br>Arlington Hts., IL 60004 | Claim 000001, Payment 16.55137% | 7100-000 |  | 1,584.87 | 30,825.72 |
| 12/20/10 | 000108 | CIT Technology Financing Services, Inc<br>Bankruptcy Processing Soutions, Inc<br>800 E Sonterra Blvd., Suite 240<br>San Antonio, TX 78258 | Claim 000002, Payment 16.55149% | 7100-000 |  | 645.94 | 30,179.78 |
| 12/20/10 | 000109 | Gran Quartz LP<br>P O Box 2206<br>Tucker, GA 30085-2206 | Claim 000005, Payment 16.55154% | 7100-000 |  | 534.10 | 29,645.68 |
| 12/20/10 | 000110 | Bel Stone<br>1439 W. Hubbard<br>Chicago, IL 60622-6343 | Claim 000006, Payment 16.55134% | 7100-000 |  | 898.88 | 28,746.80 |
| 12/20/10 | 000111 | Wright Express<br>Financial Services<br>PO Box 639<br>Portland, ME 04103 | Claim 000007, Payment 16.55162% | 7100-000 |  | 380.05 | 28,366.75 |
| 12/20/10 | 000112 | Century Granite & Marble, Inc.<br>c/o Nancy A.Temple,<br>Katten & Temple LLP<br>542 S. Dearborn St.,Ste 1030<br>Chicago, Illinois 60605 | Claim 000008, Payment 16.55140% | 7100-000 |  | 16,824.45 | 11,542.30 |
| 12/20/10 | 000113 | Lichter Realty<br>4320 N. Elston<br>Chicago, IL 60641 | Claim 000009, Payment 16.55141%<br>Per Agreed Order 4/29/10<br>Per Agreed Order 4/29/10 | 7100-000 |  | 5,763.20 | 5,779.10 |
| 12/20/10 | 000114 | Robert B. Katz | CHAPTER 7 TRUSTEE FEES | 2100-000 |  | 5,779.06 | 0.04 |

Page Subtotals 0.00 32,410.55

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-06689 -PSH | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | WINDY CITY GRANITE CO. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2156  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1084 | | | |
| For Period Ending: | 12/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/25/11 | | 53 W. Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604<br>Bank Of America | Miscellaneous Bank Charge | 9999-000 | | 0.04 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 44,081.96 | 44,081.96 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 44,081.96 | 0.00 | |
| | | Subtotal | | 0.00 | 44,081.96 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 44,081.96 | |

| | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 50,490.00 | TOTAL - ALL ACCOUNTS | DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 6,500.00 | Money Market Account (Interest Earn - ********2046 | 44,081.96 | 0.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********2156 | 0.00 | 44,081.96 | 0.00 |
| Total Memo Allocation Net: | 43,990.00 | | ---------------- | ---------------- | ---------------- |
| | | | 44,081.96 | 44,081.96 | 0.00 |
| | | | ========= | ========= | ========= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

       /s/    Robert B. Katz
Trustee's Signature: _____   Date: 12/13/11
                    ROBERT B. KATZ

Page Subtotals        0.00        0.04

Ver: 16.04e